Date of Arrest: 05/14

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
v.
Mirna Yaneth BARRIENTOS-Lopez
Citizen of Guatemala
YOB:1979
209441751
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 18-1502MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about September 23, 2016. Defendant Mirna Yaneth BARRIENTOS-Lopez, an alien, was removed from the United States to Guatemala through the port of Laredo, Texas, in pursuance of law, and thereafter on or about May 14, 2018, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about May 14, 2018, near San Luis, Arizona in the District of Arizona, Defendant Mirna Yaneth BARRIENTOS-Lopez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   [X] Yes   [ ] No

Reviewed by AUSA John Ballos

Signature of Complainant
Brian Ramos
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

May 16, 2018         at     Yuma, Arizona
Date                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Mirna Yaneth BARRIENTOS-Lopez

Dependants: 1 GUAT CLAIMED

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion(s). The Defendant has been removed a total of one (1) times. The Defendant was last removed through Laredo, Texas on September 23, 2016.

### CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/23/2016 | Laredo, Texas | | Removed from the US ( ER ) ( USBP ) |

Narrative: The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Laredo, Texas on or about September 12, 2016.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on May 14, 2018.

Charges:  8 USC 1326(a)      (Felony)
          8 USC 1325(a)(1)   (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 16, 2018
Date

Signature of Judicial Officer